UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE RAPALO,<br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:15-cr-00592-6<br>No. 5:20-cv-02940 |

# O R D E R

**AND NOW**, this 14th day of March, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The stay issued on June 17, 2020, is **LIFTED**.

2. The Motion to Vacate, ECF No. 320, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court shall **CLOSE** the above-captioned actions.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge